IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Securities and Exchange Commission, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:08-cv-00675 |
| ) | |
| American Italian Pasta Company, ) | |
| ) | |
| Defendant. ) | |

**Plaintiff's Motion for Entry of Judgment**

On September 15, 2008, Plaintiff filed a Complaint against defendant American Italian Pasta Company. At the same time, Plaintiff filed a proposed Final Judgment As To Defendant American Italian Pasta Company and its Consent thereto. Plaintiff approves of and stipulates to the factual statements contained in Defendant American Italian Pasta Company's Consent and in the proposed Final Judgment As To Defendant American Italian Pasta Company.

Wherefore, Plaintiff moves the Court to enter the Final Judgment As To Defendant American Italian Pasta Company.

Respectfully submitted,

/s/ Mary S. Brady
Mary S. Brady
Ian S. Karpel
Attorneys for Plaintiff
Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, Colorado 80202
Telephone: (303) 844-1000
Facsimile: (303) 844-1010

Designated for Purposes of Receiving Service:
John F. Wood, United States Attorney
Charles M. Thomas, Assistant United States Attorney
U.S. Attorney's Office
400 E. 9th Street
Kansas City, MO
Telephone: (816) 426-3122
Facsimile: (816) 426-4210

**Certificate of Service**

I hereby certify that on September 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that a true and correct copy was delivered via United States mail of **Plaintiff's Motion for Entry of Judgment** to the following non CM/ECF participant:

James H.R. Windels, Esq.
Edmund Polubinski, III, Esq.
Davis Polk & Wardwell
450 Lexington Ave.
New York, NY 10017
Attorneys for American Italian Pasta Company

/s/ Lana M. Hanson
Lana M. Hanson
Paralegal Specialist