IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| U.S. SECURITIES & EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 08-CV-W-00675-GAF |
| AMERICAN ITALIAN PASTA COMPANY, | ) ) ) | |
| Defendant. | ) | |

AMENDED DESIGNATION PURSUANT TO LOCAL RULE 83.5(n)

Pursuant to Local Rule 83.5(n), the undersigned hereby notifies the Court and counsel that he is no longer designated as local counsel for the purpose of receiving all notices and papers in this action, and requests that the Clerk of the Court and all parties no longer designate the undersigned for said purpose. Pursuant to Local Rule 83.5(n), no Court action is required because Assistant United States Attorney Charles M. Thomas remains in the case as local counsel for the purpose of receiving all notices and papers in this action.

Respectfully submitted this 2nd day of October 2008.

By: */s/ John F. Wood*

John F. Wood
United States Attorney
Western District of Missouri

Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered on October 2, 2008, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                           */s/ John F. Wood*
                                           John F. Wood
                                           United States Attorney